

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00394-CV

**IN RE** Robert **HEWITTY**

Original Mandamus Proceeding[1]

**ORDER**

On June 12, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 3, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-CI-01856, styled *The State of Texas v. Two Thousand Three Hundred Fifty-Two Dollars ($2,352.00) United States Currency*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.